UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CORTNEY LAWRENCE MCCARTER,<br>   Plaintiff | CIVIL ACTION |
| VERSUS | NO. 17-11478 |
| NELSON COLEMAN CORRECTIONAL CENTER,<br>   Defendant | SECTION: "E" |

## ORDER

Before the Court is Plaintiff Cortney Lawrence McCarter's complaint against Defendant Nelson Coleman Correctional Center.[1] This matter was referred to the United States Magistrate Judge, who issued his Report and Recommendation on February 2, 2018.[2] The period for objections ended on February 16, 2018, with no objections having been filed. The Court, having considered the record, the applicable law, relevant filings, and the magistrate judge's Report and Recommendation finds the magistrate judge's findings of fact and conclusions of law are correct and hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Cortney Lawrence McCarter's complaint against Defendant Nelson Coleman Correctional Center is **DISMISSED WITH PREJUDICE**.[3]

---

[1] R. Doc. 1.
[2] R. Doc. 8.
[3] The Court notes that, although the copy of the magistrate judge's Report and Recommendation mailed to Mr. McCarter was returned as undeliverable, Mr. McCarter has failed to provide the Court with an updated address. *See Allen v. City of Jeanerette*, No. 14-2773, 2015 WL 9943227, at *1–2 (W.D. La. Dec. 21, 2015) (dismissing a pro se plaintiff's complaint after "plaintiff failed to contact the Court or to provide a current mailing address or to inquire about the progress of his law suit"), *adopted by* No. 14-2773, 2016 WL 397892 (W.D. La. Jan. 29, 2016); *see also White v. Lewis*, No. 12-285, 2014 WL 2739129 (S.D. Miss. June 16, 2014) (dismissing pro se inmate's complaint for failing to provide the court with an updated address upon his release, noting "He obviously lost interest in pursuing this lawsuit after his release, although he has not formally dismissed his complaint").

New Orleans, Louisiana, this 15th day of March 2018.

　　　　　　　　　　　_____
　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**